IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-213-FDW-DCK

| | |
|---|---|
| WILLIAM WESTWOOD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| HUNTER HANSEN and CAROLINA MENS CLINIC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Dana LeJune, concerning Edward C. Greenberg, on June 15, 2021. Edward C. Greenberg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Edward C. Greenberg is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 15, 2021

David C. Keesler
United States Magistrate Judge